7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ashley Sumone Trotter
*Debtor*

*Bankruptcy Case No.*
15−41039−can7

**Ashley Sumone Trotter**
  Plaintiff(s)

*Adversary Case No.*
15−04101−can

v.

**US Department of Education**
**National Collegiate Trust**
**Discover Bank**
**Fed Loan Servicing**
  Defendant(s)

## JUDGMENT

  The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby ordered in favor of US Department of Education and against Debtor, ASHLEY SUMONE TROTTER, as indicated in Stipulation, Order and Judgment entered 6/9/2016 as document #47.



PAIGE WYMORE−WYNN
Court Executive

By: /s/ Jamie McAdams
   Deputy Clerk

Date of issuance: 6/9/16

Court to serve