7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Ashley Sumone Trotter                          ***Bankruptcy Case No.***
***Debtor***                                            15−41039−can7

**Ashley Sumone Trotter**
  Plaintiff(s)                                           ***Adversary Case No.***
                                                        15−04101−can
v.

**US Department of Education**
**National Collegiate Trust**
**Discover Bank**
**Fed Loan Servicing**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the debt owed to Defendant Discover Bank by Plaintiff Ashley S. Trotter are deemed dischargeable under 11 U.S.C.§523(a)(8).



PAIGE WYMORE−WYNN
Court Executive

By: /s/ Jamie McAdams
      Deputy Clerk

Date of issuance: 6/9/16

Court to serve